IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES JOHNSON III**  **PLAINTIFF**
ADC #150131

v.   CASE NO. 2:22-CV-00109-BSM

**STATE OF ARKANSAS**  **DEFENDANT**

## ORDER

Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 6] are adopted and Johnson's petition [Doc. No. 2] is dismissed without prejudice for failure to pay the statutory filing fee.  *See* Doc. No. 5.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE