IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES JOHNSON III**                                                                 **PLAINTIFF**
ADC #150131

v.                              **CASE NO. 2:22-CV-00109-BSM**

**STATE OF ARKANSAS**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE